**Order filed February 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00585-CR
_____

**ALBERT JAMES TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 10-DCR-054233**

---

## ORDER

On December 21, 2021, this court ordered the trial court to appoint appellate counsel and file a supplemental clerk's record containing the order appointing counsel. On January 19, 2022, the clerk of this court received a supplemental clerk's record with a docket sheet showing an entry on January 19, 2022, indicating that the trial court appointed counsel. This court orders the trial court to sign an order appointing counsel and direct the trial court clerk to prepare, certify, and file with the clerk of this court a supplemental record containing the signed order appointing counsel by **February 11, 2022**.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.